# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3593
_____

Associated Electric Cooperative, Inc.

Petitioner

v.

Federal Energy Regulatory Commission

Respondent

Southwest Power Pool

Intervenor

_____

No: 23-1285
_____

Associated Electric Cooperative, Inc.

Petitioner

v.

Federal Energy Regulatory Commission

Respondent

Southwest Power Pool

Intervenor

_____

Petitions for Review of an Order of the Federal Energy Regulatory Commission
(EL22-54-000)
_____

# JUDGMENT

Before COLLOTON, Chief Judge, MELLOY, and GRUENDER, Circuit Judges.

These causes were submitted on petitions for review of orders from the Federal Energy Regulatory Commission, on the original record and briefs of the parties and were argued by counsel

After consideration, it is hereby ordered and adjudged that the petitions for review are denied in accordance with the opinion of this court.

August 05, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
   /s/ Maureen W. Gornik