# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3593

Associated Electric Cooperative, Inc.

Petitioner

v.

Federal Energy Regulatory Commission

Respondent

Southwest Power Pool

Intervenor

No: 23-1285

Associated Electric Cooperative, Inc.

Petitioner

v.

Federal Energy Regulatory Commission

Respondent

Southwest Power Pool

Intervenor

---

Petitions for Review of an Order of the Federal Energy Regulatory Commission
(EL22-54-000)
(EL22-54-001)

---

# MANDATE

In accordance with the opinion and judgment of August 5, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

September 26, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit